J. WYNNE HERRON, ESQ., SBN 71192
LAURA HERRON WEBER, ESQ., SBN 226934
**HERRON & HERRON**
268 Bush Street, Suite 3800
San Francisco, California 94104
Telephone: 415/788-2500
Facsimile: 415/788-2107
laura@herron-herron.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT FOR CALIFORNIA

| | |
|---|---|
| MARK SAMUELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN CALIFORNIA GROUP ADMINISTRATION, LLC.,<br><br>　　　　Defendant. | Case No. C 05-04719 MJJ<br><br>**JOINT STIPULATION TO CONTINUE DATES FOR DEFENDANT'S RESPONSE AND CASE MANAGEMENT CONFERENCE - [PROPOSED] ORDER** |

The parties to this action jointly request that the court grant defendant additional time to file a responsive pleading, until February 21, 2006. Due to the good cause for this extension, the parties further request that the court continue the date for the Case Management Conference, currently scheduled for February 21, 2006, for at least 30 days.

The complaint in this case was filed on November 17, 2005. On December 12, 2005, the court ordered a Case Management Conference on February 21, 2006. Good cause to continue these dates exists because the parties are currently involved in discussions that could lead to plaintiff's amendment or dismissal of the complaint, and defendant has not yet answered the complaint. The substance of these discussions is set forth in correspondence between the parties attached as **Exhibit A** and **Exhibit B** to the Declaration of Laura Herron Weber, filed herewith.

In order to avoid burdening the court with unnecessary motions or conferences, the parties respectfully request that the defendant be granted until February 21, 2006 in order to file a responsive pleading, and that the Case Management Conference, currently set for February 21, 2006 be continued until a time convenient for the court, no earlier than 30 days from February 21, 2006.

DATED: February 14, 2006  HERRON & HERRON

By: /s/ Laura Herron Weber
LAURA HERRON WEBER
Attorneys for Plaintiff

DATED: February 14, 2006  DAVIS, COWELL & BOWE

By: /s/ Florence E. Culp
FLORENCE E. CULP
Attorneys for Defendant

## ORDER

Good cause appearing therefore, it is hereby ordered that defendant UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN CALIFORNIA GROUP ADMINISTRATION, LLC., shall have until February 21, 2006 to file a responsive pleading to the complaint in this matter. IT IS FURTHER ORDERED that the Case Management Conference is continued to 3/28, 2006. at 2:00 p.m. Joint Case Management Statement due 3/20/2006.

DATED: 2/16/2006  /s/ Honorable Martin J. Jenkins
HONORABLE MARTIN J. JENKINS
Judge of the U.S. District Court, Northern District