IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUELSON,

        Plaintiff(s),

  vs.

UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN CALIFORNIA GROUP ADMINISTRATION LLC,

        Defendant(s).
_____/

No. C 05-4719 MEJ

**AMENDED NOTICE OF REFERRAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. The Northern District of California Revised Civil Local Rules shall apply to this case. Copies of these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

1  Additionally, when filing papers that require the Court to take any action (e.g. motions, meet
2  and confer letters, administrative requests), the parties shall, in addition to filing papers
3  electronically, lodge with chambers a printed copy of the papers by the close of the next court day
4  following the day the papers are filed electronically.  These printed copies shall be marked
5  "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with
6  Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy
7  of any document with the Clerk's Office that has already been filed electronically.

8  Finally, the Court notes that a joint case management statement and proposed order was
9  submitted prior to this notice of referral.  The Parties, however, are directed to resubmit a joint case
10 management statement and proposed order in accordance with Judge James' Standing Orders, a copy
11 of which may be obtained from the Northern District of California's website at
12 http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,
13 then choose Magistrate Judge James.

16  **IT IS SO ORDERED.**

18  Dated:  April 3, 2006

   MARIA-ELENA JAMES
   United States Magistrate Judge

2