1 | J. Thomas Bowen, State Bar No. 50166
2 | Florence E. Culp, State Bar No. 151277
**DAVIS COWELL & BOWE, LLP**
3 | 595 Market Street, Suite 1400
San Francisco, CA 94105
4 | Telephone: (415) 597-7200
Facsimile: (415) 597-7201
5 |
6 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK SAMUELSON | Case No. C-05-4719 MEJ |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ACTION (FRCP RULE 41(a)(1)** |
| UFCW EMPLOYERS BENEFIT PLANS OF NORTHERN CALIFORNIA GROUP ADMINISTRATION, LLC | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff, Mark Samuelson, and defendant, UFCW Employers Benefit Plans of Northern California Group Administration LLC and UFCW Bay Area Health and Welfare Trust Fund that the above-captioned matter may be

///
///
///
///
///
///
///

STIPULATION FOR DISMISSAL

1  dismissed with prejudice pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil
2  Procedure, each party to bear its own costs of suit and attorneys' fees incurred herein.

3  DATED: June 26, 2006                     DAVIS, COWELL & BOWE, LLP

5                                           By _____
                                              J. Thomas Bowen
6                                             Attorneys for Defendants

8  DATED: 6/27/06                           HERRON & HERRON

10                                          By _____
                                              Laura Herron Weber
11                                            Attorneys for Plaintiff

13  Based on the foregoing stipulation, the Clerk of Court shall close the file.

14  Dated: June 28, 2006

*(Signed: Judge Maria-Elena James, United States District Court, Northern District of California)*